**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason SAMANIEGO, Defendant–Appellant.**

No. 04–10424.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 20, 2004.

Frederick M. Schattman, Delonia Anita Watson, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jason Samaniego, Texarkana, TX, pro se.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Jason Samaniego has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Samaniego has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.